**LAMPORT & HOLT, Ltd., Appellee, v. Philip ELTING, Collector of Customs, Port of New York, Appellant.**
No. 404.

Circuit Court of Appeals, Second Circuit.
May 6, 1935.

Martin Conboy, U. S. Atty., of New York City (George B. Schoonmaker, Asst. U. S. Atty., of New York City, of counsel), for appellant.

John M. Lyons, of New York City (J. Alfred Anderson, of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Reversed on authority of Lamport & Holt v. Elting, 74 F.(2d) 238 (C. C. A.

2), and Lloyd Royal Belge Societe Anonyme v. Elting, 61 F.(2d) 745 (C. C. A. 2).